```
                    IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                              WESTERN DIVISION


                             5:15-CR-00034-FL-2


UNITED STATES OF AMERICA        )
                                )
         versus                 )
                                )
VARON BRASWELL                  )
```

### ORDER TO SEAL

For good cause shown in his motion to seal, the Court hereby directs that the Defendant's Sentencing Memorandum, [D.E. 208] be placed under the seal of the court.

This, the _____22nd_____ day of March, 2017.


_Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge